David B. Pillemer, Esq., State Bar No. 97808
PILLEMER & PILLEMER
14431 Ventura Blvd., # 564
Sherman Oaks, California 91423
Telephone (818) 994-4321
Facsimile (818) 994-3484
Email: dpillemer@pillemerlaw.com

**JS-6**

Attorneys for Plaintiff
STATE FARM GENERAL INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**CENTRAL OF CALIFORNIA**

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>         Plaintiff,<br><br>    vs.<br><br>THE VIKING CORPORATION,<br><br>         Defendant. | Civil No.: 2:24-cv-02480 JFW (AGRx)<br><br>Assigned for All Purposes To:<br>John F. Walter<br><br>**ORDER GRANTING STIPULATION TO VOLUNTARILY DISMISS ACTION WITH PREJUDICE** |

    Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that that, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1), Plaintiff's entire action against Defendants is dismissed, with prejudice, and each party is to bear its own costs and attorney fees.

    IT IS SO ORDERED

DATED: January 6, 2025

_____
Hon. John F. Walter
United States District Court

- 1 -